# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156023

LANSING PARKVIEW, LLC,
        Plaintiff/Counterdefendant-
        Appellee,

v

K2M GROUP, LLC and DON L. KESKEY,
        Defendants/Counterplaintiffs/
        Third-Party Plaintiffs-Appellants,

and

ROBERT REID and JOEL I. FERGUSON,
        Third-Party Defendants-Appellees.
_____/

SC: 156023
COA: 328507
Ingham CC: 13-000723-CK

On order of the Court, the application for leave to appeal the March 23, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2018



Clerk

d0226